

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN RE: | § | No. 08-23-00080-CR |
| RICARDO FLORES, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF MARCH, 2023.

LISA J. SOTO, Justice

March 30, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.